

# Jade

**Reg. No. 5,787,227**  
**Registered Jun. 25, 2019**  
**Int. Cl.: 41**  
**Service Mark**  
**Principal Register**

Reed, Di  (UNITED STATES INDIVIDUAL)  
6307 La Mesa Street  
Corona, CALIFORNIA 92880

Marshall, Joi  (UNITED STATES INDIVIDUAL)  
10153 1/2 Riverside Drive, Ste. 372  
Toluca Lake, CALIFORNIA 91602

Kelly, Tonya  (UNITED STATES INDIVIDUAL)  
15774 S. Lagrange Rd. #263  
Orland Park, ILLINOIS 60462

CLASS 41: Entertainment services in the nature of live musical performances; Entertainment services, namely, dance events by a recording artist; Entertainment, namely, live performances by a musical band; Entertainment services by a musical artist and producer, namely, musical composition for others and production of musical sound recordings

FIRST USE 7-1-1992; IN COMMERCE 7-1-1992

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-205,697, FILED 11-26-2018

Director of the United States  
Patent and Trademark Office

Exhibit A