Obtained from: https://www.officialjademusic.com/







Exhibit B