Obtained from: https://www.youtube.com/watch?v=maQsMsoSL54

Reed appears at 14:38.



Exhibit C