Obtained from: https://preview.houstonchronicle.com/music/houston-native-direed-won-t-perform-with-jade-at-16669058



Exhibit E