# Exhibit C

Obtained from: https://www.officialjademusic.com/



COME SEE US LIVE!

-> GET TICKETS HERE <-



Jade Special Guest

"It doesn't matter who you are, where you've been, or what you've done, God has a purpose and plan for your life."



Jade Co-Founder

"I believe that there's a part of God that can only be expressed through you, so be yourself."



Jade Co-Founder

"You are the architect of your life, design the future you dream of...If you can't find a way, create one"

Exhibit B