# Exhibit D


**NIXON PEABODY**

Nixon Peabody LLP
799 9th Street NW
Suite 500
Washington, DC 20001-5327
**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Jennette W. Psihoules**
Associate

T / 202.585.8385
F / 844.788.2758

jpsihoules@nixonpeabody.com

November 10, 2021

*Via Email Only*

Mr. Jamal Williams
Yardout Entertainment
yardoutent@gmail.com

> **RE: JADE Trademark; NP Ref. No. 095241-2**

Dear Mr. Williams,

We represent Ms. Joi Marshall ("Ms. Marshall") and Ms. Tonya Kelly ("Ms. Kelly") in intellectual property and other legal matters. We are writing to advise you of Ms. Marshall's and Ms. Kelly's rights in the trademark and band name JADE and status of the dispute with Ms. Di Reed ("Ms. Reed") relating to the JADE mark and other allegations.

Ms. Marshall, Ms. Kelly and Ms. Reed are joint owners of U.S. Trademark Registration No. 5,787,227 for the mark JADE. A copy of the registration certificate for the foregoing registration is attached hereto as Exhibit A. As co-owners of the trademark, Ms. Marshall, Ms. Kelly and Ms. Reed have equal rights in the mark and cannot infringe upon one another's rights in the mark. *See Derminer v. Kramer*, 406 F. Supp. 2d 756, 78 U.S.P.Q. 2d 1690 (E.D. Mich. 2005) ("An owner does not infringe upon his co-owner's rights in a trademark by exercising his own right of use."); *see also, Piccari v. GTLO Productions, LLC*, 2015 WL 3885023 (E.D. Pa. 2015) (Trademark infringement case was dismissed because one co-owner of a mark cannot infringe the mark.).

As you know, Ms. Reed has alleged that Ms. Marshall and Ms. Kelly have infringed on her rights in the mark JADE. My clients dispute these allegations for a number of reasons, including without limitation the fact that the registration is co-owned by all three individuals.

On behalf of Ms. Marshall and Ms. Kelly, we appreciate your understanding and cooperation as we work to resolve this matter. Should you have any questions, please do not hesitate to contact me.

This letter is written without prejudice to Ms. Marshall and Ms. Kelly, and Ms. Marshall and Ms. Kelly expressly reserve all rights available to them.

Very truly yours,

**Nixon Peabody LLP**

Jennette W. Psihoules