United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DI REED,　　　　　　　　　　§ | |
| 　　　　　　　　　　　　　　§ | |
| 　　Plaintiff,　　　　　　　§ | |
| 　　　　　　　　　　　　　　§ | |
| v.　　　　　　　　　　　　　§ | CIVIL ACTION NO. H-21-3942 |
| 　　　　　　　　　　　　　　§ | |
| JOI MARSHALL, TONYA HARRIS　§ | |
| P/K/A TONYA KELLY, and　　　§ | |
| MYRACLE HOLLOWAY,　　　　　 §　 | |
| 　　　　　　　　　　　　　　§ | |
| 　　Defendants.　　　　　　 §　 | |
| 　　　　　　　　　　　　　　§ | |
| 　　　　　　　　　　　　　　§ | |
| JOI MARSHALL and TONYA HARRIS, § | |
| 　　　　　　　　　　　　　　§ | |
| 　　Counterclaimants,　　　 §　 | |
| 　　　　　　　　　　　　　　§ | |
| v.　　　　　　　　　　　　　§ | |
| 　　　　　　　　　　　　　　§ | |
| DI REED,　　　　　　　　　　§ | |
| 　　　　　　　　　　　　　　§ | |
| 　　Counterclaim-Defendant. §　 | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment, the Lanham Act claims that Plaintiff has asserted are **DISMISSED WITH PREJUDICE,** and the state law claims and counterclaims that have been asserted are **DISMISSED WITHOUT PREJUDICE**.

Costs shall be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 20th day of October, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SIM LAKE
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE